IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,**

*Plaintiffs,*

v.

**BOLIVARIAN REPUBLIC OF VENEZUELA,**

*Defendant.*

Case No. 23-mc-00378-LPS

**STIPULATION AND [PROPOSED] ORDER CONCERNING
SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(C)**

WHEREAS, Tenaris S.A. ("Tenaris") and Talta-Trading e Marketing Sociedade Unipessoal Lda. ("Talta") (collectively, "Plaintiffs") obtained an arbitral award ("Award") issued under the auspices of the World Bank's International Centre for Settlement of Investment Disputes ("ICSID") against the Bolivarian Republic of Venezuela ("Republic"),[1] D.I. 1, Ex. 3, and, on July 17, 2020, obtained a judgment in the U.S. District Court for the District of Columbia recognizing and enforcing the Award ("Judgment"). D.I. 1;

WHEREAS, on August 17, 2023, Plaintiffs registered the Judgment with this Court and moved for a writ of attachment *fieri facias*, seeking to enforce the Judgment against the Republic. D.I. 2, 3;

WHEREAS, on September 7, 2023, Tenaris and Talta assigned all of their rights, title and interests in the Award and Judgment to Gramercy Distressed Opportunity Fund LLC ("Gramercy");

---

[1] *Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/11/26, Award (Jan. 29, 2016).

-2-

WHEREAS, in the event of a transfer of interest following the commencement of an action, Fed. R. Civ. P. 25(c) authorizes the substitution of the transferee for the original plaintiff; and

WHEREAS, substituting Gramercy for Plaintiffs would allow this case to be continued by the true party in interest;

**IT IS HEREBY STIPULATED AND AGREED** subject to the approval of the Court:

1. That, pursuant to Fed. R. Civ. P. 25(c), Gramercy is substituted as plaintiff in place of Tenaris and Talta; and

2. That the new case caption shall be as follows:

| **GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA,**<br><br>*Defendant.* | Case No. 23-mc-00378-LPS |
|---|---|

Dated:  September 19, 2023                                   Respectfully submitted,

| | |
|---|---|
| */s/ Theodore A. Kittila* | */s/ Christopher F. Cannataro* |
| Theodore A. Kittila (Bar No. 3963) | A. Thompson Bayliss (Bar No. 4379) |
| HALLORAN FARKAS + KITTILA LLP | Christopher F. Cannataro (Bar No. 6621) |
| 5801 Kennett Pike, Suite C/D | Stephen C. Childs (Bar No. 6711) |
| Wilmington, Delaware 19807 | ABRAMS BAYLISS LLP |
| (302) 257 2025 | 20 Montchanin Road, Suite 200 |
| tk@hfk.law | Wilmington, Delaware 19807 |
| | (302) 778-1000 |
| OF COUNSEL: | bayliss@abramsbayliss.com |
| Mark W. Friedman* | cannataro@abramsbayliss.com |
| William H. Taft V* | childs@abramsbayliss.com |
| Sarah Lee* | |
| Juan Fandiño* | OF COUNSEL: |
| Debevoise & Plimpton LLP | Donald B. Verrilli, Jr. |
| 66 Hudson Boulevard | Elaine J. Goldenberg |
| New York, New York, 11001 | Ginger D. Anders |
| (202) 909 0000 | MUNGER, TOLLERS & OLSON LLP |
| mwfriedman@debevoise.com | 601 Massachusetts Avenue NW |
| whtaft@debevoise.com | Suite 500 E |
| slee1@debevoise.com | Washington, D.C. 20001 |
| jfandino@debevoise.com | (202) 220-1100 |
| (*Admission *pro hac vice* pending) | Donald.Verrilli@mto.com |
| | ElaineGoldenberg@mto.com |
| *Counsel for Plaintiffs Tenaris and Talta, and Counsel for proposed substitute Plaintiff Gramercy* | Ginger.Anders@mto.com |
| | George M. Garvey |
| | Adeel Mohammadi |
| | MUNGER, TOLLERS & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071 |
| | (213) 683-9100 |
| | George.Garvey@mto.com |
| | Adeel.Mohammadi@mto.com |
| | *Counsel for Defendant Bolivarian Republic of Venezuela* |

SO ORDERED this___ day of _____, 2023.

_____
THE HONORABLE LEONARD P. STARK